CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 1 2 2009

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| TERRELL MOORE, | ) |
| Petitioner, | ) Case No. 7:08CV00526 |
| v. | ) |
| | ) **FINAL ORDER** |
| GENE M. JOHNSON, DIRECTOR, | ) By: Glen E. Conrad |
| | ) United States District Judge |
| Respondent. | ) |

In accordance with the accompanying memorandum opinion, it is hereby

**ORDERED**

that the motion to dismiss (Dkt. No. 12) is **GRANTED**, the petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254, is **DISMISSED**; petitioner's pending motions (Dkt. No. 3) are **DENIED**; and this action is stricken from the active docket of the court.

ENTER: This 12th day of August, 2009.

/s/ Glen E. Conrad
United States District Judge